FLORAL TRADE COUNCIL, PLAINTIFF *v.* UNITED STATES, DEFENDANT

Court No. 91–07–00536

(Dated November 3, 1992)

### JUDGMENT

RESTANI, *Judge:* This case having been submitted for decision and the Court, after deliberation, having rendered a decision therein; now, in conformity with that decision,

IT IS HEREBY ORDERED: that as no objections to the remand results were received, the determination on remand is affirmed.